JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :   INDICTMENT

      - v. -                :   08 Cr.

BARON FAJARDO,                  :

           Defendant.       :

- - - - - - - - - - - - - - - - x

08 CRIM 126

COUNT ONE

The Grand Jury charges:

On or about November 6, 2007, in the Southern District of New York, BARON FAJARDO, the defendant, unlawfully, willfully, and knowingly, did transfer and possess a machinegun, to wit, a Sten 9-millimeter fully-automatic firearm.

(Title 18, United States Code, Section 922(o).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

NY
NT
NICALLY FILED

FEB 14 2008

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

BARON FAJARDO,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 922(o).)

_____
          MICHAEL J. GARCIA
        United States Attorney.

**A TRUE BILL**

_____ Foreperson.