# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

May 12, 2008

BY Fax: (212) 805 7920

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/08

Re: United States v. Baron Fajardo
    08 Cr. 126 (SAS)

Hon. Judge Scheindlin:

I write to the Court regarding the indictment against Mr. Fajardo. Ms. Fajardo is at liberty and is presently engaged in plea negotiations with the United States Attorney's Office. On Mr. Fajardo's behalf we are trying to convince the government to decline prosecution on the indictment pending against him. We are in the process of submitting such a request and anticipate submitting it by end of this week. We, therefore, need a three-week adjournment of the May 12th status conference. ASUA Everdell consents to this request.

To that end, we request that the time between May 12, 2008 and the next status conference date set by the court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: C. Everdell, AUSA

*[Handwritten annotation: Request granted. Conference adjourned to June 2 at 4:30. Time excluded. So Ordered: [signature] 5/12/08]*